Certificate Number: 05781-PAE-DE-034086614

Bankruptcy Case Number: 15-10919



05781-PAE-DE-034086614

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2020, at 7:02 o'clock PM PST, Michelle Panichi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 12, 2020               By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President