United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 15-10919-jkf
John E. Panichi                                           Chapter 13
Michelle Panichi
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2              Date Rcvd: May 13, 2020
                               Form ID: 138NEW           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db/jdb         +John E. Panichi,    Michelle Panichi,    430 S. Church Street,    Clifton Heights, PA 19018-2107
13501032       +Department Stores National Bank For Macys American,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13501031       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13516898        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13471447       +M & T BANK,    PO BOX 619063,    DALLAS, TX 75261-9063
13471448       +MACYS,    PO BOX 183083,    COLUMBUS, OH 43218-3083
13471449       +PNC BANK,    PO BOX 856177,    LOUISVILLE, KY 40285-6177
13474813       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13471450       +TIMOTHY ZEARFOSS, ESQ,    143-145 LONG LANE,    UPPER DARBY, PA 19082-3116
13914424        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13471442       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:53:59      CAPITAL ONE,
                 PO BOX 71107,    CHARLOTTE, NC 28272-1107
13471443       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:55:04      CARE CREDIT,    PO BOX 960061,
                 ORLANDO, FL 32896-0061
13471445       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2020 03:52:29      COMENITY BANK,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
13530090       +E-mail/Text: bankruptcy@cavps.com May 14 2020 03:52:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13471446        E-mail/Text: mrdiscen@discover.com May 14 2020 03:52:20      DISCOVER FINANCIAL SVCS,
                 PO BOX 15136,    WILMINGTON, DE  19850
13473538        E-mail/Text: mrdiscen@discover.com May 14 2020 03:52:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13492351        E-mail/Text: bk.notifications@jpmchase.com May 14 2020 03:52:31      JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13471444        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:53:58      CHASE CARD SVCS,
                 PO BOX 15548,    WILMINGTON, DE  19886
13484144        E-mail/Text: camanagement@mtb.com May 14 2020 03:52:27      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13562101        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:39
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13506391        E-mail/Text: bnc-quantum@quantum3group.com May 14 2020 03:52:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13497806*       JP Morgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,
                 Phoenix, AZ 85038-9505
13560184*      +TIMOTHY ZEARFOSS, ESQ,    143-145 LONG LANE,    UPPER DARBY PA 19082-3116
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2        User: Stacey              Page 2 of 2                Date Rcvd: May 13, 2020
                            Form ID: 138NEW           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           Josh.Goldman@padgettlawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          TIMOTHY   ZEARFOSS    on behalf of Joint Debtor Michelle   Panichi tzearfoss@aol.com
          TIMOTHY   ZEARFOSS    on behalf of Debtor John E. Panichi tzearfoss@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John E. Panichi and Michelle Panichi

    Debtor(s)

Bankruptcy No: 15–10919–jkf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/13/20

48 – 47
Form 138_new