United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John E. Panichi
Michelle Panichi
    Debtors

Case No. 15-10919-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Jun 01, 2020
                    Form ID: 3180W     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db/jdb         +John E. Panichi,   Michelle Panichi,    430 S. Church Street,    Clifton Heights, PA 19018-2107
13501032       +Department Stores National Bank For Macys American,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13501031       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13474813       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13471450       +TIMOTHY ZEARFOSS, ESQ,    143-145 LONG LANE,    UPPER DARBY, PA 19082-3116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:14      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:35
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:04      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13530090       +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 04:20:59      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13473538        EDI: DISCOVER.COM Jun 02 2020 07:58:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
13516898        EDI: ECAST.COM Jun 02 2020 07:58:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                  OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
13492351        EDI: CAUT.COM Jun 02 2020 07:58:00      JP Morgan Chase Bank, N.A.,
                  National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13484144        E-mail/Text: camanagement@mtb.com Jun 02 2020 04:20:17      M&T BANK,    PO BOX 1288,
                  Buffalo, NY 14240
13562101        EDI: PRA.COM Jun 02 2020 07:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13506391        EDI: Q3G.COM Jun 02 2020 07:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
13914424        EDI: ECAST.COM Jun 02 2020 07:58:00      eCAST Settlement Corporation,    PO Box 29262,
                  New York NY 10087-9262
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               Josh.Goldman@padgettlawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: Stacey               Page 2 of 2              Date Rcvd: Jun 01, 2020
                                  Form ID: 3180W             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        TIMOTHY   ZEARFOSS    on behalf of Joint Debtor Michelle  Panichi tzearfoss@aol.com
        TIMOTHY   ZEARFOSS    on behalf of Debtor John E. Panichi tzearfoss@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John E. Panichi** | Social Security number or ITIN **xxx–xx–6130** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle Panichi** | Social Security number or ITIN **xxx–xx–8946** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **15–10919–jkf** | |

# Order of Discharge                                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John E. Panichi                                                    Michelle Panichi

<u>6/1/20</u>                                                    **By the court:**   <u>Jean K. FitzSimon</u>
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**