United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John E. Panichi  
Michelle Panichi  
    Debtors

Case No. 15-10919-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jun 15, 2020  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.  
db/jdb      +John E. Panichi,   Michelle Panichi,   430 S. Church Street,   Clifton Heights, PA 19018-2107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

        DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com  
        JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        Josh.Goldman@padgettlawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
        TIMOTHY ZEARFOSS    on behalf of Joint Debtor Michelle   Panichi tzearfoss@aol.com  
        TIMOTHY ZEARFOSS    on behalf of Debtor John E. Panichi tzearfoss@aol.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                            TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

John E. Panichi and Michelle Panichi  : Case No. 15–10919–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 15, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

52
Form 195